## SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, | : | No. 198 EM 2016 |
| Petitioner | : | |
| v. | : | |
| GREENE COUNTY COURT AND, PROTHONOTARY, MRS. SUSAN WHITE, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.